## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2023 CA 0891

ROBIN OLDENBURG, WIFE OF/AND GAIR OLDENBURG

VERSUS

MOHAMED ELKERSH, M.D. AND ADVANCED PAIN INSTITUTE
TREATMENT CENTER, LLC AND ITS EMPLOYEES, AGENTS AND/OR
STAFF

*DATE OF JUDGMENT:*     JUL 0 2 2024

ON APPEAL FROM THE TWENTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF TANGIPAHOA, STATE OF LOUISIANA
NUMBER 2015-0002245, DIVISION C

HONORABLE ERIKA SLEDGE, JUDGE

* * * * * *

Katie Lewis Hebert
Amanda K. Hamm
James A. Marchand, Jr.
Frank E. St. Phillip, II
Covington, Louisiana

Counsel for Plaintiffs-Appellees
Robin Oldenburg, wife of/and
Gair Oldenburg

Keith C. Armstrong
Joseph R. Dronet
Baton Rouge, Louisiana

Counsel for Intervenors-2nd Appellants
Louisiana Patient's Compensation
Fund and Louisiana Patient's
Compensation Fund Oversight Board

Tonya Kilpatrick Gallaspy
Metairie, Louisiana

Counsel for Defendant-Appellant
Mohamed Elkersh, M.D.

Harry J. Philips, Jr.
Ann Michelle Halphen
Amy Collier Lambert
Shelby G. LaPlante
Savannah W. Smith
Baton Rouge, Louisiana

* * * * * *

BEFORE: GUIDRY, C.J., CHUTZ, AND LANIER, JJ.

**Disposition: AFFIRMED.**

**CHUTZ, J.**

Defendant-appellant, Dr. Mohamed Elkersh, and intervenors-appellants, the Louisiana Patient's Compensation Fund (PCF) and the Louisiana Patient's Compensation Fund Oversight Board, have filed this "protective appeal," asking that this court reverse or modify the trial court's judgment awarding costs in the amount of $31,618.66 to plaintiffs-appellees, Robin and Gair Oldenburg, if this court reversed or modified the trial court's September 2, 2022 judgment that awarded $500,000.00 in total general damages to the Oldenburgs, which judgment was the subject of a companion appeal. See *Oldenburg v. Elkersh*, 2023-0890 (La. App. 1st Cir. --/--/--), --- So.3d ---- (also rendered this day). Because we have affirmed the trial court's September 2, 2022 judgment, we find no merit in this appeal. Therefore, the trial court's judgment, awarding costs in the amount of $31,618.66 to the Oldenburgs, is affirmed. Costs of this appeal in the amount of $8,068.00 are assessed one-half to defendant-appellant, Dr. Elkersh, and one-half to intervenors-appellants, the Louisiana Patient's Compensation Fund and the Louisiana Patient's Compensation Fund Oversight Board.

**AFFIRMED.**

2